

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 21–30526
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Getchell Development Co.
400 Gilead Road #1965
Huntersville, NC 28078
Social Security No.:
Debtor EIN:
26–1576943

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

    Form 206 – Non–Individual Summary of Schedules
    Schedule A/B – List Property post 12–1
    Schedule D – Secured Claims
    Schedule E/F – Claims post 12–1
    Schedule G – Executory Contracts
    Schedule H – Co–Debtors
    Declaration Concerning Schedules
    Statement of Financial Affairs
    Fee Disclosure Statement
    Corporate – Partnership Resolution

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: September 17, 2021                                                                                     Steven T. Salata
                                                                                                                                         Clerk of Court

Electronically filed and signed (9/17/21)