United States Bankruptcy Court

Western District of North Carolina

| | |
|---|---|
| In re: | Case No. 21-30526-jcw |
| Getchell Development Co. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0419-3 | User: AutoDkt | Page 1 of 1 |
| Date Rcvd: Sep 17, 2021 | Form ID: 273 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Getchell Development Co., 400 Gilead Road #1965, Huntersville, NC 28078-6899 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Burton Shuford | bshuford@abshuford.com<br>noticesonlynothingelse@gmail.com;abs@trustesolutions.net;aburtonshufordattorneyatlaw@jubileebk.net;sblack@abshuford.com |
| Jeffrey G. Dalrymple, P.A. | on behalf of Debtor Getchell Development Co. jdalrymple@matthewsattorneys.com  jeffgdal@gmail.com |

TOTAL: 2



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 21−30526
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Getchell Development Co.
   400 Gilead Road #1965
   Huntersville, NC 28078
   Social Security No.:
   Debtor EIN:
   26−1576943

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Form 206 − Non−Individual Summary of Schedules
   Schedule A/B − List Property post 12−1
   Schedule D − Secured Claims
   Schedule E/F − Claims post 12−1
   Schedule G − Executory Contracts
   Schedule H − Co−Debtors
   Declaration Concerning Schedules
   Statement of Financial Affairs
   Fee Disclosure Statement
   Corporate − Partnership Resolution

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: September 17, 2021                                                            Steven T. Salata
                                                                                     Clerk of Court

Electronically filed and signed (9/17/21)