IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **GETCHELL DEVELOPMENT CO.,** | ) | Case No. 21-30526 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Melanie D. Johnson Raubach of Hamilton Stephens Steele + Martin, PLLC hereby enters her appearance as counsel for William H. Southerland, IV and Kelli P. Southerland in the above-captioned case, creditors and parties in interest in the above-captioned chapter 7 bankruptcy case.

Such counsel hereby enters her appearance pursuant to §1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and such counsel requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, including any and all cases associated or related to this case and any and all adversary proceedings associated or related to this case, be given and served upon the undersigned.

This Notice of Appearance does not give express or implied consent by the undersigned to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

*[Signature appears on the following page]*

1

4814-6258-8924, v. 1

Dated:  Charlotte, North Carolina
       September 21, 2021

                                          HAMILTON STEPHENS
                                          STEELE + MARTIN, PLLC

                                          */s/ Melanie D. Johnson Raubach*
                                          Melanie D. Johnson Raubach (Bar No. 41929)
                                          525 North Tryon Street, Suite 1400
                                          Charlotte, NC  28202
                                          Telephone: (704) 344-1117
                                          Facsimile:  (704) 344-1483
                                          mraubach@lawhssm.com
                                          *Attorneys for William H. Southerland, IV*
                                          *and Kelli P. Southerland*

4814-6258-8924, v. 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, the foregoing *Notice of Appearance and Request for Notice* was served by electronic means on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated:  Charlotte, North Carolina
             September 21, 2021

                                                 */s/ Melanie D. Johnson Raubach*
                                                 Melanie D. Johnson Raubach

HAMILTON STEPHENS
STEELE + MARTIN, PLLC
525 North Tryon Street, Suite 1400
Charlotte, NC  28202

4814-6258-8924, v. 1